Law §§ 240, 241.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of LUCILLE DAVIS, Respondent, v RONALD R. CLARK, Appellant. (Appeal No. 2.) [619 NYS2d 1022] —Order unanimously affirmed without costs. Memorandum: The Hearing Examiner properly determined that application of the Child Support Standards Act would be unjust and inappropriate in these support proceedings (see, Family Ct Act § 413 [1] [f]). The aggregate award of $115 per week for the support of respondent's 11 children was not unconscionable under the circumstances of these cases.

Although the Hearing Examiner established precourt costs for the medical and confinement costs incurred at the births of the children, those costs may not be recovered from respondent because he did not have sufficient means to pay any of them when they were incurred (see, Matter of Steuben County Dept. of Social Servs. v Deats, 76 NY2d 451, 458). (Appeal from Order of Erie County Family Court, Honan, J.—Enforcement Proceeding.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of JUNE SHOWERS, Respondent, v RONALD R. CLARK, Appellant. (Appeal No. 3.) [619 NYS2d 1022] —Order unanimously affirmed without costs. Same Memorandum as in Matter of Erie County Dept. of Social Servs. (Davis) v Clark (209 AD2d 1035 [decided herewith]). (Appeal from Order of Erie County Family Court, Honan, J.—Child Support.) Present— Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of KIMBERLY JAYCOX, Respondent, v RONALD R. CLARK, Appellant. (Appeal No. 4.) [619 NYS2d 1022] —Order unanimously affirmed without costs. Same Memorandum as in Matter of Erie County Dept. of Social Servs. (Davis) v Clark (209 AD2d 1035 [decided herewith]). (Appeal from Order of Erie County Family Court, Honan, J.—Child Support.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.

■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of MERCEDES CUNNINGHAM, Respondent, v RONALD R. CLARK, Appellant. (Appeal No. 5.) [619 NYS2d 1023] —Order unanimously affirmed without costs. Same Memoran-